# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HESSELBROCK, an Individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>I.Q. DATA INTERNATIONAL, INC., is a business entity; EQUIFAX INFORMATION SERVICES, LLC., is a business entity; and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02169 FLA (PVCx)<br>Hon. Fernando L. Aenlle-Rocha<br>Hon. Pedro V. Castillo, Magistrate Judge<br><br>DISCOVERY MATTER<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO SHORTEN TIME FOR RULING ON I.Q. DATA INTERNATIONAL, INC.'S MOTION TO QUASH AND FOR PROTECTIVE ORDER TO STAY DEPOSITIONS** |

The Court, having considered Plaintiff Monique Hesselbrock's ex parte application to shorten the time for a ruling on the Motion to Quash and for Protective Order to Stay Depositions (Dkt. # 56) filed by Defendant I.Q. Data International Inc. ("IQ") on March 6, 2024, hereby GRANTS the application.

Plaintiff has established that she will suffer irreparable injury and prejudice if IQ's motion is not heard on an expedited basis: (1) IQ has set the hearing date for April 9, which falls four days after the current discovery cutoff. The expiration of the discovery cut-off deadline of April 5, 2024 will prevent the taking of the two depositions necessary for Plaintiff to prepare for trial. (2) Plaintiff requires the depositions to defend against IQ's pending Rule 11 motion set for hearing on April 12, 2024. Without the depositions, Plaintiff would be unable to fully defend against the Rule 11 motion, placing Plaintiff's case in serious jeopardy.

The Court finds that the injury and prejudice is not attributable to lack of diligence by Plaintiff.

**IT IS ORDERED THAT:**

1. The Court will rule on IQ's motion for a protective order on an expedited basis without the need for supplemental briefing.

2. The Court will rule on IQ's motion without a hearing.

[or]

3. The hearing on IQ's motion for a protective order is advanced to the following date and time: _____, 2024, at __:___ __.m.

DATED:_____                    _____
                                          HON. PEDRO V. CASTILLO
                                          United States Magistrate Judge