KENDRA S. CANAPE (SBN: 259641)
kcanape@grsm.com
JOEL D. BRODFUEHRER (SBN: 343092)
jbrodfuehrer@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone:  (949) 255-6950
Facsimile:   (949) 474-2060

Attorneys for Defendant
**IQ DATA INTERNATIONAL, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HESSELBROCK, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>I.Q. DATA INTERNATIONAL, INC., is a business entity, is a business entity; EQUIFAX INFORMATION SERVICES, LLC, is a business entity; and DOES 1-25, Inclusive,<br><br>Defendants. | No.: 2:23-cv-02169-FLA (PVCx)<br><br>**DEFENDANT IQ DATA INTERNATIONAL, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE**<br><br>**DATE:** June 7, 2024<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 6B<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br><br><br>Complaint Filed: 03/23/2023<br>FAC Filed: 03/31/2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE THAT** on June 7, 2023, at 1:30pm or as soon thereafter as this matter may be heard by the above-entitled Court, located at U.S. Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Courtroom 6B, 6th floor, Defendant IQ Data International, Inc. ("IQ Data"), on behalf of

-1-

itself and no others, files this motion for to strike Plaintiff's expert reports pursuant to Federal Rule of Civil Procedure ("FRCP") 26. In the alternative, and under the principles set forth in *Daubert* and 702 of the Federal Rules of Evidence, Tarter's opinions should be excluded.

The Parties met and conferred regarding this dispute according to Local Rule 7-3, but were unable to resolve this dispute, thus necessitating this motion. The meet and confer took place on April 30, 2024.

The Motion to Strike is based upon this Notice and Motion, the concurrently filed Memorandum of Points and Authorities in Support, the Declaration of Joel D. Brodfuehrer in Support; and upon such other and further matters as may be presented at or prior to the time of the hearing.

Dated:  May 10, 2024           GORDON REES SCULLY
                               MANSUKHANI, LLP

                               By:  */s/Joel D. Brodfuehrer*
                                    Kendra S. Canape
                                    Joel D. Brodfuehrer
                                    Attorneys for Defendant
                                    IQ DATA INTERNATIONAL, INC.