Robert F. Brennan, Esq. [S.B. #132449]
LAW OFFICES OF ROBERT F. BRENNAN, A P.C.
2103 Montrose Ave., Suite D
La Crescenta, CA 91020
Tel. (818) 249-5291; Fax (818) 249-4329
Email: rbrennan@brennanlaw.com

Attorney for Plaintiff
MONIQUE HESSELBROCK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HESSELBROCK, an Individual;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>I.Q. DATA INTERNATIONAL, INC., is a business entity; EQUIFAX INFORMATION SERVICES, LLC., is a business entity; and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02169 FLA (PVCx)<br>Hon. Fernando L. Aenlle-Rocha<br><br>**PLAINTIFF'S EVIDENTIARY OBJECTIONS TO EVIDENCE OFFERED BY IQ DATA SYSTEMS, INC.**<br><br>Hearing Date: June 7, 2024<br>Time: 1:30 PM<br>Courtroom: 6B<br><br>Complaint Filed: March 3, 2023<br>Fact Discovery Cut-Off: April 5, 2024<br>Final Pretrial Conf.: August 2, 2024<br>Jury Trial: August 20, 2024 |

---

**Objections to the Declaration of Michael Gulbranson**

| | | Sustained | Overruled |
|---|---|---|---|
| Paragraph 10: Upon information and belief, Park Place sent the following statement to Plaintiff's forwarding address after she moved out | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 11: When Plaintiff moved out, she owed a balance of $81.54 for gas, pest control, trash, a UBI fee, and utility billing as identified below | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 15: After receiving the dispute, IQ Data reviewed the dispute and the information it had from Park Place which supported the balance owed. | **Objections:** hearsay, lack of foundation. | | |
| Paragraph 16: After receiving the dispute, IQ Data also contacted Park Place to validate the balance was accurate and owed. | **Objections:** hearsay, lack of foundation. | | |
| Paragraph 18: On August 31, 2022, Park Place emailed IQ Data the lease and additional documents | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that | | |

1

| | | | |
|---|---|---|---|
| that support the balance was owed. *See* email and additional documents IQ Data received attached as **Exhibit 2** | he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 19: Attached as Exhibit 2 are true and accurate copies of the documents Park Place sent to IQ Data. | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 20: The additional documents contained another statement which supports the charges and affirms the balance of $81.54 was legitimate. See Ex. 2. | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 21: The following document, also attached as Exhibit 2, shows utilities owed for prior months were charged the following month and Plaintiff owed $81.54. | **Objections:** hearsay, lack of foundation, lack of authentication. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |
| Paragraph 22: Often times, IQ Data sees the term "write off" on account statements to note that the balance owed is a loss because the landlord is giving IQ Data the right to collect the balance. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. | | |

| | | | | |
|---|---|---|---|---|
| | | Further, Mr. Gulbranson cannot testify what Park Place meant by "write off". | | |
| | Paragraph 23: IQ Data had no reason to believe any documents provided by Park Place were inaccurate. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. Gulbranson fails to establish that he has any foundation or competence to testify to the accuracy of the Park Place records. | | |
| | Paragraph 25: Each time it received a dispute, IQ Data reviewed the dispute and all of the information in its possession to confirm the balance was accurate. | **Objections:** hearsay, lack of foundation. Gulbranson fails to establish that he has any foundation or competence to testify to the accuracy of the Park Place records. | | |
| | Paragraph 27: Considering the terms of the lease agreement, the account statements showing what the charges were for, and Park Place's representations, IQ Data properly believed the debt plaintiff owed was accurate. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation. Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. Gulbranson fails to establish that he has any foundation or competence to testify to the | | |

3

Plaintiff's Evidentiary Objections re IQ's Summary Judgment Motion

| | | | | |
|---|---|---|---|---|
| | | accuracy of the Park Place records. | | |
| | Paragraph 28: Park Place confirmed the balance was owed and accurate. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation.  Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. Gulbranson fails to establish that he has any foundation or competence to testify to the accuracy of the Park Place records. | | |
| | Paragraph 29: IQ Data believes at all times it reported accurate information regarding Plaintiff's Account to the credit reporting bureaus. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation.  Gulbranson fails to establish that he is or ever was a custodian of records or other qualified witness for Park Place. Gulbranson fails to establish that he has any foundation or competence to testify to the accuracy of the Park Place records. | | |

///
///
///

4

Plaintiff's Evidentiary Objections re IQ's Summary Judgment Motion

**Objections to the Declaration of Joel Brodfuehrer, Esq.**

| | | Sustained | Overruled |
|---|---|---|---|
| Paragraph 7: Attached as **Exhibit 4** are true and correct copies of ledgers IQ Data produced to Plaintiff in response to discovery requests. These documents support that the $81.54 balance is owed and remains outstanding. | **Objections:** hearsay, lack of foundation, lack of authentication, speculation. Mr. Brodfuehrer is not a qualified witness to testify to IQ's business records, which in turn are Park Place business records, and Mr. Brodfuehrer lacks capacity as a witness to testify to the accuracy of these documents. | | |

Respectfully submitted,

Dated: May 17, 2024

**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: */s/ Robert F. Brennan*
 Robert F. Brennan
 Attorney for Plaintiff
 MONIQUE HESSELBROCK

CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff Monique Hesselbrock, certifies that this brief contains 4,415 words, which complies with the word limit of L.R. 11-6.1.

Dated: May 17, 2024 **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: */s/ Robert F. Brennan*
Robert F. Brennan
Attorney for Plaintiff
MONIQUE HESSELBROCK