EXHIBIT C

SUMMARY OF HOURS

(EACH ATTORNEY, ORGANIZED BY ATTORNEY)

| NAME | HOURLY BILLING RATE | HOURS PERFORMED | TOTAL | TASK | PERFORMED |
|---|---|---|---|---|---|
| | | | | OPPO TO THE RULE 11 MOTION | FEES REQUEST |
| **ROBERT F. BRENNAN (RFB)** | **Attorney** | | | | |
| | $775.00 | 0:18 | $232.50 | RFB/conf w/ paralegal Bichler re Rule 11 motion | |
| | $775.00 | 2:00 | $1,550.00 | RFB/preps on oppo to IQ Rule 11 motion | |
| | $775.00 | 3:30 | $2,712.50 | RFB/Prep on Oppo to Rule 11 Motion | |
| | $775.00 | 3:00 | $2,325.00 | RFB/preps on oppo to Rule 11 motion | |
| | $775.00 | 1:30 | $1,162.50 | RFB/further preps and research on Rule 11 Oppo | |
| | $775.00 | 00:30 | $387.50 | RFB/review & finalize Rule 11 oppo | |
| | $775.00 | 02:30 | $1,937.50 | | RFB/Preps and finalization for Attorney's Fees and Costs Incurred in Opposing I.Q. Data International, Inc.'s Motion for Rule 11 |
| **Sub Total:** | | | **$10,307.50** | | |

| STEPHEN R. CRILLY (SC) | Associate Attorney | | | | |
|---|---|---|---|---|---|
| | $500.00 | 01:24 | $700.00 | SC/Email from RFB re Rule 11 motion; review issues for oppo; email to RFB; notes to file. | |
| | $500.00 | 00:48 | $400.00 | SC/Review correspondence; review Rule 11 issues; email to RFB/LB; notes to file. | |
| | $500.00 | 03:18 | $1,650.00 | SC/Legal research on issues related to pleading Michigan landlord-tenant law. | |
| | $500.00 | 02:18 | $1,150.00 | SC/Legal research on pleading Michigan landlord-tenant law. | |
| | $500.00 | 00:12 | $100.00 | SC/Review proposed Joint Stipulation to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion. | |
| | $500.00 | 00:06 | $50.00 | SC/Tel. call from RFB re Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion. | |
| | $500.00 | 03:48 | $1,900.00 | SC/Email to RFB re Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion; review Ex Parte on IQ's Motion for Protective Order; revise Proposed Order; emails with RFB re Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion; draft Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion. | |

| | | | | | |
|---|---|---|---|---|---|
| | $500.00 | 04:36 | $2,300.00 | SC/Draft/review/revise Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion. | |
| | $500.00 | 00:24 | $200.00 | SC/Finalize Ex Parte to Amend Scheduling Order and Extend Time for Hearing on Rule 11 Motion: email to AFB/LB. | |
| | $500.00 | 00:06 | $50.00 | SC/Email from RFB re Rule 11 Oppo: email to RFB | |
| | $500.00 | 02:24 | $1,200.00 | SC/Legal Research for Oppo to Rule 11 motion; emails with RFB | |
| | $500.00 | 01:06 | $550.00 | SC/Legal research for Oppo to Rule 11 motion; email to RFB | |
| | $500.00 | 1:36 | $800.00 | SC/Email from RFB; review/revise Oppo to Rule 11 motion - | |
| | $500.00 | 1:24 | $700.00 | SC/Email from RFB; review/revise Oppo to Rule 11 motion | |
| | $500.00 | 2:18 | $1,150.00 | | Email from RFB; review Rule 11 Orders; draft RFB attorney's fees declaration; notes to files; emails with RFB. |
| | $500.00 | :24 | $200.00 | | Review/revise RFB attorney's fees declaration; emails with RFB; email to LB. |
| | $500.00 | 1:24 | $700.00 | | Review/revise RFB attorney's fees declaration; review Judge's Procedures for fees requests; notes to file; email to LB. |

| | | | | | |
|---|---|---|---|---|---|
| | $500.00 | :36 | $300.00 | | Emails with LB for finalizing RFB Declaration and Exhibits; revise RFB Decl. |
| **Sub Total:** | | | **$14,100.00** | | |
| **ROBERT BICHLER (BB)** | **Senior Paralegal** | | | | |
| | $275.00 | 0.30 | $137.50 | BB/Review Brodfuehrer's declaration and Rule 11 letter; email to RFB re discrepancies in Brodfuehrer's declaration. | |
| | $275.00 | 0:54 | $247.50 | BB/In Hesselbrock, review IQ's Ps and As and take notes of erroneous statements; email to RFB with summary points. - | |
| | $275.00 | 0:12 | $55.00 | BB/n Hesselbrock, cont. with RFB re Rule 11 oppo and IQ's reply to quashing our depos. | |
| **Sub Total:** | | | **$ 440.00** | | |
| **KATHERINE BAUR (LB)** | Paralegal | | | | |
| | $225.00 | :27 | $101.25 | | |
| | $225.00 | 1:00 | $225.00 | | Drafting of charts/exhibits for Decl. per Judge Standing Orders |
| | $225.00 | :03 | $11.25 | | LB/emails with SC regarding charts for Decl. |
| | $225.00 | 1:15 | $281.25 | | LB/continuing drafting of two charts to use as exhibits in Decl. per standing order |

| | | | | | |
|---|---|---|---|---|---|
| | $225.00 | .08 | $30.00 | | LB/emails between SC regarding Declaration and charts for Fees |
| | $225.00 | 1:13 | $273.75 | | LB/Finalization of fees charts. |
| **Sub Total:** | | | **$ 922.50** | | |
| **TOTAL:** | | | **$25,770.00** | | |