UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE HESSELBROCK,<br><br>             Plaintiff,<br><br>       v.<br><br>I.Q. DATA SYSTEMS, *et al.*,<br><br>             Defendants. | Case No. 2:23-cv-02169-FLA (PVCx)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S MOTION TO STRIKE PLAINTIFF'S EXPERT DESIGNATION AND REPORTS [DKT. 79]** |

1

## **ORDER**

Before the court is Defendant I.Q. Data International, Inc.'s Motion to Strike Plaintiff's Expert Designation and Reports ("Motion"). Dkt. 79-1. Pursuant to this court's Civil Trial Order, motions to exclude expert opinions should be made as motions in limine and heard at the Final Pretrial Conference. *See* Dkt. 38. Each side is limited to five motions in limine. *Id.* at 9. Accordingly, the Motion is DENIED without prejudice.

IT IS SO ORDERED.

Dated: August 27, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2